IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-28-KHJ-MTP

SEAN GARDNER

## NOTICE OF MAXIMUM PENALTY

**COUNTS 1-10:**   **Production of Images of Minors Engaging in Sexually Explicit Conduct**
18 U.S.C. § 2251(a) and (e)

- Not less than fifteen (15) years, nor more than thirty (30) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment

However, if defendant is determined to have a qualified prior conviction to include abusive sexual conduct involving a minor, then:

- Not less than twenty-five (25) years, not more than fifty (50) years of imprisonment
- Not more than $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment