STATE OF FLORIDA

PASCO COUNTY

### AFFIDAVIT OF JEFFREY GARDNER

My name is Jeffrey Gardner. I am 79 years old. I live in Lutz, Florida with my wife Carol Gardner. We own a three-bedroom house.

I am the father of Sean Gardner. I have a close relationship with my son. We speak to each other on a regular basis. I raised him and have maintained a close relationship with him throughout his life.

I understand that he is facing criminal charges in federal court in the Southern District of Mississippi. I also understand that the charges involve the production of child pornography.

I am asking the court to allow my son Sean to be released to my custody while he awaits trial. I am willing to serve as a third-party custodian and to assist the court and the United States Probation Office in his pretrial supervision. We have no minor children residing in the house with us and we will not allow minor children to visit us while my son stays with us.

Should the court order Sean's pretrial release to my custody, I will make sure that there are no firearms on the premises for the entire time that he stays here. We understand that a probation officer may need to inspect the house before the court approves it for Sean to reside here.

I am retired. I am usually at home with my wife. I would be able to monitor my son to ensure that he does not violate any conditions that the court may set for Sean's pretrial release. I promise to report any violation to the assigned probation officer immediately. I also promise to contact the probation office if I learn that Sean attempts to leave the area, avoid prosecution, or not appear for a scheduled hearing.

I would make sure that my son appears for all scheduled court hearings in the Southern District of Mississippi, including his trial. If the court requires me to travel with my son for court hearings, I agree to do so.

Affidavit of Jeffrey Gardner
Page 2 of 2

I will make sure to keep abreast of all court dates and to confirm his travel arrangements to the Southern District of Mississippi for court hearings.

I declare, under oath, that the above declarations are true and accurate to the best of my knowledge.

_Jeffrey Gardner_
Jeffrey Gardner

SWORN AND SUBSCRIBED TO ME UNDER OATH ON THIS THE 25th DAY OF SEPTEMBER, 2025.

_____
NOTARY PUBLIC

JESSICA NICOLE HOLLIDAY
Notary Public - State of Florida
Commission # HH 571125
My Comm. Expires Jul 18, 2028

CASE NO. 2:25cr28-KHJ-MTP
USA
VS. Sean Gardner
PLAINTIFF'S EXHIBIT D1
DATE _____ IDEN.
DATE 9-26-25 EVID.
BY kmitchell
Deputy Clerk
AO 386