IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25-cr-28-KHJ-MTP-1

SEAN GARDNER

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Sean Gardner, and respectfully moves this Court to continue the trial scheduled for January 5, 2026, for the following reasons and in so doing waives his right to a Speedy Trial:

I.

On September 12, 2025, Sean Gardner made his initial appearance and was arraigned on the ten-count indictment filed in this case.  On this date, the Federal Public Defender was appointed as counsel. Trial is currently scheduled for the calendar beginning January 5, 2026, with a pretrial conference on December 18, 2025, and a change of plea notification deadline on December 17, 2025.

II.

The undersigned received the first plea offer and supplemental discovery on December 16, 2025, at 5:00 p.m. Therefore, additional time is needed to review the supplemental discovery and plea offer with Mr. Gardner. For the foregoing reason, the undersigned respectfully requests that the trial be continued to the next court term.

III.

Assistant United States Attorney Kimberly Purdie has no objection to the requested continuance.

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and for such other and further relief that the Court deems just and proper.

Respectfully requested this the 17th day of December 2025.

SEAN GARDNER, Defendant

By: *s/ Omodare B. Jupiter*
Federal Public Defender
N. and S. Districts of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax:    (228) 867-1907
*Omodare_Jupiter@fd.org*
MS # 102054

## CERTIFICATE OF SERVICE

I, Omodare B. Jupiter, hereby certify that on this day I electronically filed the foregoing motion with the Clerk of the Court using ECF system which sent notification of such filing to the Assistant United States Attorney Kimberly Purdie.

This the 17th day of December 2025.

*s/Omodare B. Jupiter*
Federal Public Defender