IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                               CRIMINAL NO. 2:25cr28-KHJ-MTP

SEAN GARDNER

## MOTION TO CONTINUE HEARING

COMES NOW, the defendant, Sean Gardner, and respectfully moves this Court to continue the hearing scheduled for April 17, 2026, for a period of seven days.

I.

A hearing on Mr. Gardner's motion to suppress statements is scheduled for tomorrow, April 17, 2026.   The government produced additional discovery yesterday, April 15, 2026, that includes a never-before-seen video of Mr. Gardner's arrest and his statements to law enforcement.   Counsel was traveling back to the Mississippi Coast when this discovery was produced and did not review his emails or the discovery until this morning.   Counsel has a sentencing hearing and client visits scheduled for today and is unable to review the video with his client, Sean Gardner.   Counsel will need to amend his motion to suppress in light of the new discovery.   Counsel cannot be expected to proceed on a hearing without having had the benefit of reviewing the videotaped recording of the statement he seeks to suppress.

II.

The undersigned contacted Assistant United States Attorney Kimberly Purdie, who opposes the requested continuance.

1

WHEREFORE PREMISES CONSIDERED, the Defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and for such other and further relief that the Court deems just and proper.

Respectfully submitted, this the 16th day of April 2026.

By:    *s/ Omodare B. Jupiter*
      Federal Public Defender
      N. and S. Districts of Mississippi
      2510 14th Street, Suite 902
      Gulfport, MS 39501
      Phone: (228) 865-1202
      Fax:    (228) 867-1907
      *Omodare_Jupiter@fd.org*
      MS # 102054

## CERTIFICATE OF SERVICE

I, Omodare B. Jupiter, hereby certify that on this day I electronically filed the foregoing motion with the Clerk of the Court using ECF system which sent notification of such filing to the Assistant United States Attorney Kimberly Purdie.

This the 16th day of April 2026.

*/s/Omodare B. Jupiter*
Federal Public Defender

2