IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 2:25CR28-KHJ-MTP

SEAN GARDNER

---

**NOTICE OF INTENT TO CHANGE PLEA TO GUILTY TO COUNTS 1, 3, AND 7**

---

COMES NOW the Defendant, SEAN GARDNER, by and through his undersigned counsel of record, Omodare B. Jupiter, Federal Public Defender, and notifies the Court and United States Attorney's office of his intent to enter an open plea of guilty to counts 1, 3, and 7 of the indictment. Mr. Gardner intends to enter pleas of guilty to counts 1, 3, and 7 without waiving his right to appeal.

Respectfully submitted this the 21st day of April 2026.

SEAN GARDNER, Defendant

By:    *s/ Omodare B. Jupiter*
       Federal Public Defender
       N. and S. Districts of Mississippi
       2510 14th Street, Suite 902
       Gulfport, MS 39501
       Phone: (228) 865-1202
       Fax:    (228) 867-1907
       *Omodare_Jupiter@fd.org*
       MS # 102054

1

## **<u>CERTIFICATE OF SERVICE</u>**

I, Omodare B. Jupiter, hereby certify that on this day I electronically filed the foregoing notice with the Clerk of the Court using the ECF system, which sent notification of such filing to all attorneys of record.

SO CERTIFIED, this the 21st day of April 2026.

*s/ Omodare B. Jupiter*
Federal Public Defender
