SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**APR 21 2026**

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SEAN GARDNER

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 2:25-cr-00028-KHJ-MTP

18 U.S.C. § 2251(a) and (e)

**The Grand Jury charges:**

## COUNT 1

On or about December 22, 2017, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #1 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #2 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #9 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 5

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #3 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 6

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #4, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 7

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #5 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8

On or about April 24, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #6 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been

3

mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 9

On or about February 28, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #7 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 10

On or about January 9, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #8 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 11

On or about February 20, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #8 to engage in sexually explicit conduct

4

for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT 12

On or about February 20, 2018, in Lamar County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SEAN GARDNER**, employed, used, persuaded, induced, enticed, and coerced Minor Victim #10 to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

### **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been

commingled with other property, which cannot be divided without difficulty, then it is the intent

of the United States to seek a judgment of forfeiture of any other property of the defendant, up to

the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3).

J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

 S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the

Grand Jury on this the 21 st day of April 2026.

UNITED STATES MAGISTRATE JUDGE