UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V. NO. 2:25-CR-00028-KHJ-MTP-1

SEAN GARDNER

ORDER

Before the Court is United States's [78] Motion for Victims to Attend by Video Conference. For the reasons stated, the Court GRANTS this [78] Motion with certain parameters.

Defendant Sean Gardner's sentencing is set for October 14, 2026, at 9:30 a.m. at the William M. Colmer Federal Courthouse in Hattiesburg, Mississippi. Some victims live outside the Southern District of Mississippi, in or near the Southern District of Iowa. The Government asks that the Court allow these victims to view the sentencing proceedings remotely via video transmission from a federal courthouse facility in the Southern District of Iowa, rather than requiring travel to this District to attend. Defense counsel does not object to victims viewing the sentencing proceedings remotely from another federal courthouse.

The Court finds that the victims' remote viewing from a secure federal courthouse facility is a suitable and reliable means of accommodating out-of-district victims.

IT IS THEREFORE ORDERED that the United States's [78] Motion is GRANTED. Victims located in or near the Southern District of Iowa will be allowed

to view the sentencing proceeding remotely from the United States District Courthouse, Southern District of Iowa, located at 111 Locust Street, Des Moines, Iowa 50309.

IT IS FURTHER ORDERED that the Government shall promptly contact the Clerk of Court for the Southern District of Mississippi to coordinate the logistical and technical arrangements necessary to facilitate the remote viewing, including:

a. Coordinating with the Clerk's Office for this District about the video/audio transmission setup for the sentencing hearing;

b. Coordinating with the Clerk's Office for the Southern District of Iowa about courtroom or facility availability in Des Moines, Iowa, for the identified victims to view the proceeding;

c. Confirming the date and time of the sentencing hearing with both Clerk's Offices sufficiently in advance to allow for technical testing; and

d. Providing notice to the identified victims of the location, date, and time at which they may appear to view the proceeding remotely.

SO ORDERED this 23rd day of September 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE